**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **MICHAEL LACEY; JIM LARKIN; PHOENIX NEW TIMES, LLC**,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>**MARICOPA COUNTY, a public entity; JOSEPH ARPAIO, Sheriff, and AVA ARPAIO, husband and wife; DENNIS WILENCHIK and BECKY BARTNESS, husband and wife; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS, I-V; and WHITE PARTNERSHIPS, I-V**,<br><br>Defendants - Appellees. | No. 09-15703<br><br>D.C. No. 2:08-cv-00997-SRB<br><br><br>**ORDER** |
| **MICHAEL LACEY; JIM LARKIN; PHOENIX NEW TIMES, LLC**,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>**JOSEPH M. ARPAIO, Sheriff and husband; AVA ARPAIO, wife; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS, I-V; WHITE** | No. 09-15806<br><br>D.C. No. 2:08-cv-00997-SRB |

**PARTNERSHIPS, I-V; MARICOPA COUNTY ATTORNEY'S OFFICE, a public entity**,

Defendants,

and

**DENNIS WILENCHIK; BECKY BARTNESS, wife**,

Defendants - Appellants.

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Silverman and Murguia did not participate in the deliberations or vote in this case.